# CIVIL TRIAL DOCKET

# FOR THE MONTH OF

# MAY 2013

**The Honorable Terry R. Means**
**United States District Judge**
**Northern District of Texas**
**Fort Worth Division**

**Brenda Bishop**
**Judicial Assistant**
**817-850-6670**
**April 8, 2013**

# NUMBER ONE CASE
# MONDAY, MAY 13, 2013

### JURY TRIAL
### THIRTY-TWO (32) HOURS TOTAL ALLOTTED

### PRETRIAL CONFERENCE IN CHAMBERS
### 10:30 a.m.

### JURY SELECTION
### 1:30 p.m

### TESTIMONY COMMENCES
### TUESDAY, MAY 14, 2013
### 9:30 a.m.

| | |
|---|---|
| **DAVID O. PETERSON** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 4:10-CV-365-Y** |
| § | |
| **BELL HELICOPTER TEXTRON** § | |
| **INCORPORATED** § | |

**LEAD ATTORNEY FOR PLAINTIFF:**

**Hal K. Gillespie**
Gillespie Rozen & Watsky, P.C.
3402 Oak Grove Ave., Suite 200
Dallas, TX 75204
214/720-2009
Fax: 214/720-2291 FAX
Email: hkg@grwlawfirm.com

**CO-COUNSEL:**

**M.  Jeanette Fedele**
Gillespie Rozen & Watsky, P.C.
214/720-2009
Fax: 214/720-2291
Email: jfedele@grwlawfirm.com

**LEAD ATTORNEY FOR DEFENDANT SOKUDO USA, LLC:**

**Cynthia L. Hill**
Henslee Schwartz LLP
306 W. 7th St., Suite 1045
Fort Worth, TX 76102
817/810-0717
Fax: 817/810-0811
Email: chill@hensleeschwartz.com

**CO-COUNSEL:**

**Emily A. Quillen**
Henslee Schwartz LLP
817/810-0717
Fax: 817/810-0811
Email: equillen@hensleeschwartz.com

# NUMBER TWO CASE
# ON 48-HOURS CALL
# PURSUANT TO THE FINAL SCHEDULING ORDER

| | | |
|---|---|---|
| **MARK W. GLASMIRE** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:11-CV-748-Y** |
| | § | |
| **PUBLIC STORAGE, et al.** | § | |

## LEAD COUNSEL FOR PLAINTIFF:

**Gayla C. Crain**
Spencer Crain Cubbage & Healy pllc
1201 Elm St., Suite 4100
Dallas, TX 75270
214/290-0000
Fax: 214/290-0099
Email: gcrain@spencercrain.com

## CO-COUNSEL:

**Brenda T. Cubbage**
Spencer Crain Cubbage & Healy pllc
214/290-0000
Fax: 214/290-0099
Email: bcubbage@spencercrain.com

**Deborah L. Sterling**
Quilling Selander Lownds Winslett & Moser, PC
2001 Bryan Street, Suite 1800
Dallas, TX 75201
214/880-1893
Fax: 214/871-2100
Email: dsterling@qslwm.com

**Merrill Walls Daily**

J.C. Penney Corporation, Inc.
6501 Legacy Drive
MS 1108
Plano, TX 75024
972-431-5403
Fax: 973-531-5403
Email: mdaily2@jcp.com

**LEAD COUNSEL FOR DEFENDANT:**

**Murphy S. Klasing**
Ogden, Gibson, Broocks, Longoria & Hall, LLP
711 Louisiana, Suite 1900
Houston, TX 77002
713/844-3000
Fax: 713/844-3030
Email: mklasing@ogblh.com

**CO-COUNSEL:**

**Janice Eve Cohen**
Law Office of Janice E Cohen
2911 Turtle Creek Blvd.
Suite 915 LB 407
Dallas, TX 75219
214/528-7977
Fax: 214/528-7986 FAX
Email: jeclaw@sbcglobal.net

**Julia Trankiem**
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
213/457-8000
Email: jtrankiem@reedsmith.com

**Michele J. Beilke**
Reed Smith, LLP
213/457-8000
Email: mbeilke@reedsmith.com

# ELECTRONIC COURTROOM GUIDELINES

# FOR ATTORNEYS

1. **Call Edmund Dieth at 817-850-6613 for approval of use and to schedule training for first time use.**

2. Submit a list of equipment that will be used during trial to Brenda Eberle, judicial assistant.

3. Test all equipment with the system before trial begins.

4. Arrive early on the day of trial to set up laptop(s), VCR, document camera, etc.

5. Set laptops refresh rate at no greater than 75 hertz.

6. Set screen area to 1024 x 768.

7. **CELL PHONES MUST BE SILENCED.**

# COURTROOM DECORUM
## UNITED STATES DISTRICT COURT
Northern District of Texas
Honorable Terry R. Means, Presiding

(a)  The requirements stated herein are not all-inclusive, but are intended to emphasize and supplement the ethical obligations of counsel under the Code of Professional Responsibility, the Local Rules of the Northern District of Texas (LR 83.16-83.18, LCrR 53.1-53.3), and the time-honored customs of experienced trial counsel.

(b)  When appearing in this Court, all counsel (including, where applicable, all persons at counsel table) shall abide by the following, unless excused by the presiding judge:

   (1)  Stand as Court is opened, recessed, or adjourned.
   (2)  Stand when the jury enters or retires from the courtroom.
   (3)  Stand when addressing, or being addressed by, the Court.
   (4)  Stand at the lectern while examining any witness, except that counsel may approach the clerk's desk or the witness for purposes of handling or tendering exhibits.
   (5)  Stand at the lectern while making opening statements or closing arguments.
   (6)  While examining a witness, look at the witness, not at the jury. Do not gesture to or make facial expressions toward the jury during your or any other party's examination.
   (7)  Address all remarks to the Court, not to opposing counsel.
   (8)  Avoid disparaging personal remarks or acrimony toward opposing counsel and remain wholly detached from any ill-feeling between the litigants or witnesses.
   (9)  Refer to all persons, including witnesses, other counsel, and the parties by their surnames and not by their first or given names.
   (10) Only one attorney for each party may examine or cross examine each witness. The attorney stating objections, if any, during direct examination will be the attorney recognized for cross examination.
   (11) Any counsel who calls a witness shall have no further discussions with that witness concerning any aspect of the case or his testimony after the witness has been tendered for cross-examination until such time as the witness has been tendered back for re-direct examination.
   (12) Request permission before approaching the bench.
   (13) Any paper or exhibit not previously marked for identification must be marked before it is tendered to a witness for examination, and any exhibit offered in evidence must be handed to opposing counsel when offered.
   (14) In making objections counsel must state only the legal grounds for the objection and must withhold further comment or argument unless elaboration is requested by the Court.
   (15) When examining a witness, counsel may not repeat the answer given by the witness.
   (16) Offers of, or requests for, a stipulation must be made privately, not within the hearing of the jury.
   (17) In opening statements and in arguments to the jury, counsel may not express personal knowledge or opinion concerning any matter in issue (i.e., don't say "I think" or "I believe," etc.) and, may not read or purport to read from deposition or trial transcripts.
   (18) Counsel must admonish all persons at counsel table that gestures, facial expressions, audible comments, or the like, as manifestations of approval or disapproval during the testimony of witnesses, or at any other time, are absolutely prohibited.
   (19) No one, including especially attorneys, parties, and witnesses, may bring food or drink (except bottled water) into the courtroom, nor may they chew gum.

**[Revised 2-7-07]**

# INSTRUCTIONS FOR WITNESSES

1. Speak slowly and distinctly. Don't mumble. Enunciate clearly each word you speak. The courtroom is large and has a high ceiling, so it's hard to be heard at times.

2. The courtroom has a sound system, but if you get too close or too far away from the microphone, we may not be able to hear you. Listen to how you sound and adjust your distance from the microphone and the volume of your voice as needed to be clearly heard by everyone in the courtroom.

3. Don't let nervousness cause you to speak rapidly or fail to sound each syllable of your words. For example, if you were to say the word "syllable," say "SILL-uh-bull" not "SILL-bull." Or if the word is "officer," say "AW-fiss-ur," not "AWF-sur." Again, if the word is "composition," say all four syllables ("com-po-ZIH-shun"). Don't turn the word into a three-syllable word ("comp-ZIH-shun").

4. Let the attorney who is questioning you finish his question before you begin your answer.

5. Pause a second between the end of the attorney's questions and the beginning of your answers. This gives everyone a chance to think a little about what is being said.

6. If you hear an objection to a question, do not give an answer until the judge rules on the objection. If you are unsure of whether to begin your answer or if by then you don't remember the question, ask the judge to tell you what to do. He will gladly help you.