### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **MARK W. GLASMIRE,** | § | |
| | § | |
| *PLAINTIFF,* | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:11-CV-748-Y** |
| | § | |
| **PUBLIC STORAGE, PSCC, INC., AND** | § | |
| **SHURGARD STORAGE CENTERS, LLC.,** | § | |
| | § | |
| *DEFENDANTS.* | § | |

### UNOPPOSED MOTION TO WITHDRAW DEBORAH L. STERLING\
### AS COUNSEL FOR PLAINTIFF MARK W. GLASMIRE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Gayla C. Crain and the law firm of CRAIN CUBBAGE HEALY HEDGPETH JOHNSON & WILSON, pllc ("Crain Cubbage Healy") to request this Court to allow Deborah L. Sterling to withdraw as counsel for Plaintiff Mark W. Glasmire ("Glasmire").   In support thereof, Crain Cubbage Healy would respectfully show the Court as follows:

### I.

1.       Plaintiff desires to withdraw Deborah L. Sterling as attorney in this cause due to Ms. Sterling's departure from the firm.  Pursuant to the Notice of Change of Address and Change of Law Firm Affiliation filed with the Court, Plaintiff continues to be represented by Gayla Crain and Crain Cubbage Healy.

### II.

2.       This motion to withdraw is not sought for purpose of delay; rather, Glasmire continues to be represented by Gayla C. Crain and Crain Cubbage Healy.

WHEREFORE, PREMISES CONSIDERED, Crain Cubbage Healy respectfully requests that this Court grant its unopposed motion to withdraw Deborah L. Sterling as an attorney for Plaintiff Mark W. Glasmire.


## CERTIFICATE OF CONFERENCE

I hereby certify that on April __25__, 2013, I conferred via e-mail with Julia Trankiem, counsel for Defendants regarding the relief sought in this Motion.  Ms. Trankiem informed me that she is unopposed to the relief sought in this motion.


/s/ Gayla C. Crain


DATED: May 2, 2013


Respectfully submitted,

/s/Gayla Crain
**Gayla C. Crain**
  Texas Bar No. 04991700
**Brenda T. Cubbage**
  Texas Bar No. 05201300
**CRAIN CUBBAGE HEALY HEDGPETH**
  **JOHNSON & WILSON, pllc**
1201 Elm Street, Suite 4100
Dallas, Texas 75270
Telephone:  (214) 290-0000
Facsimile:  (214) 290-0099

**ATTORNEYS FOR PLAINTIFF**
**MARK W. GLASMIRE**

**AGREED:**

/s/ Deborah L. Sterling
Deborah L. Sterling
Quilling Selander Lownds Winslett & Moser, P.C.
2001 Bryan Street
Suite 1800
Dallas, TX 75201
Phone:  214- 880-1963
Fax :  214-871-2111
Email:  dsterling@qslwm.com

## CERTIFICATE OF SERVICE

   I certify that on May _2_, 2013, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        /s/ Gayla Crain